ACCEPTED
06-15-00078-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 9:25:13 AM
DEBBIE AUTREY
CLERK

NO. 6-15-00078-CV

_____

IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 9:25:13 AM
DEBBIE AUTREY
Clerk

_____

TOCHRIL, INCORPORATED,
Appellants,

VS.

TEXAS WORKFORCE COMMISSION,
Appellee.

_____

ON APPEAL FROM 53rd JUDICIAL DISTRICT COURT OF
**TRAVIS COUNTY, TEXAS**

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

Appellant Tochril, Incorporated, doing business as Health Force ("Health Force"), files this Motion For Extension of Time to File Appellant's Brief pursuant to Rules 10.5 and 38.6(d) of the Texas Rules of Appellate Procedure.

By October 27, 2015 letter from the Court's deputy clerk, the initial deadline for Appellant to file its appellate brief is November 30, 2010 (the first business day after the Thanksgiving holiday).

This is Appellants' <u>first</u> request for an extension of time.

Appellant requests an extension of time until December 31, 2015 to file its brief. This extension is sought for the following reasons:

1. Counsel for Appellant are set for an evidentiary administrative ("Rule 13") hearing on December 1, 2015 in *ExTech Consulting, LLC*, Tax Account No. 14-701499-6, Case No. 15-096-6515;

2. Counsel for Appellant are set for trial on December 9, 2015 in Civil Action No. 4:14-cv-00274; *Michele Spencer vs. KS Management Services, LLC*; In the United States District Court for the Southern District of Texas, Houston Division; and

3. Seven depositions are scheduled for December 7-18, 2015 in order to meet a January 4, 2016 discovery deadline in Civil Action No. 2:14-cv-00131; *Zach Westbrook v. Advanced Solids Control, LLC;* In the United States District Court Southern District of Texas Corpus Christi Division.

WHEREFORE, Appellant respectfully requests this Court grant its request for extended time until December 31, 2015 to file its appellate brief.

Respectfully submitted,

**CRAIN, CATON & JAMES, PC**

By: *s/ Juliann H. Panagos*
JULIANN H. PANAGOS
State Bar No. 06861100
jpanagos@craincaton.com
MICHAEL D. SEALE
State Bar No. 00784938
mseale@craincaton.com
1401 McKinney Street, Suite 1700
Houston, Texas 77010
Telephone: 713-752-8696
Facsimile: 713-658-1921

ATTORNEYS FOR PLAINTIFF
TOCHRIL, INCORPORATED

Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Motion For Extension of Time to File Appellant's Brief has been forwarded to the following attorney in the manner stated on the 18th day of November 2015:

VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED
E-MAIL: PETER.LAURIE@AOG.STATE.TX.US

Mr. Peter Laurie
Assistant Attorney General
Taxation Division
P.O. Box 12548
Austin, Texas  78711-2548

*s/ Juliann H. Panagos*
Juliann H. Panagos

084891/000006
140 - 1819912v1